IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


RICHARD D. KENNEDY,            )
                               )
      Plaintiff,               )
                               )        CIVIL ACTION NO.
      v.                       )          2:19cv34-MHT
                               )             (WO)
COMMISSIONER DUNN, ALABAMA     )
(D.O.C.),                      )
                               )
      Defendant.               )

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 7) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(3) Plaintiff's motion for leave to proceed in forma pauperis (doc. no. 2) is denied.

(4) This lawsuit is dismissed without prejudice for failure to pay the filing fee upon initiation of this case, with no costs taxed.

(5) All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of June, 2019.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE